**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| UNITEK GLOBAL SERVICES, INC., | ) Case No. 14-12471 (KG) |
| a Delaware Corporation, *et al.*[1] | ) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) |

**FINAL POST-CONFIRMATION QUARTERLY REPORT FOR CERTAIN
REORGANIZED DEBTORS FOR THE
PERIOD FROM JULY 5, 2015 THROUGH SEPTEMBER 8, 2015**

This post-confirmation quarterly report is hereby submitted on behalf of UniTek Global Service, Inc. and Pinnacle Wireless USA, Inc. (collectively, the "Closed Debtors"). The Closed Debtors above-captioned chapter 11 cases were closed pursuant to Order [Docket No. 403] of the Court dated September 8, 2015. Attached hereto as Exhibit A, is the Closed Debtors' schedule of cash receipts and disbursements for the period from July 5, 2015 through September 8, 2015.

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal taxpayer-identification number, are: UniTek Global Services, Inc. (3445) and Pinnacle Wireless USA, Inc. (1746). The Debtors' main corporate address is 1777 Sentry Parkway West, Gwynedd Hall, Suite 302, Blue Bell, Pennsylvania 19422. The chapter 11 cases of certain affiliates of the Reorganized Debtors have been closed. [*See* Docket No. 382].

01:17697048.1

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the attached documents are true and correct to the best of my knowledge and belief.

Date: September 18, 2015        */s/ Jeff Theisen*
                                 Jeff Theisen
                                 Chief Financial Officer of the
                                 Reorganized Debtors

# **EXHIBIT A**

01:17697048.1

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | |
|---|---|---|
| Debtor's Name: | UniTek Global Services, Inc., et al. | Bank: PNC Bank |
| Bankruptcy Number: | 14-12471 (KG) Jointly Administered | Account Number: All Accounts |
| Date of Confirmation: | 1/13/2015 | Account Type: Lockbox, Operating, Payroll & Disbursements |
| Reporting Period (month/year): | 7/5/15 - 9/08/15 | |

| | | UniTek Global Services, Inc. | Pinnacle Wireless USA Inc | Total |
|---|---|---|---|---|
| **Total Collections and Inflows** | Collection of Accounts Receivable: | - | 5,082,392 | 5,082,392 |
| | Capital Infusion pursuant to the Plan: | - | - | - |
| | Intercompany Loans and Advances: | - | - | - |
| | All other credits received: | - | 146,299 | 146,299 |
| | **Subtotal Collections** | **-** | **5,228,691** | **5,228,691** |
| **Movement of Cash** | Intercompany Adjustments and Transfers among Debtor Entities: | - | 268,944 | 268,944 |
| **Movement of Cash** | Intercompany reimbursement of Shared Service and Pass-through cost: | - | - | - |
| **Total Disbursements** | Disbursements made pursuant to the administrative claims of bankruptcy professionals: | - | - | - |
| | Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | - | - | - |
| | Intercompany Loans and Advances: | - | (2,000,000) | (2,000,000) |
| | All other disbursements made in the ordinary course: | - | (4,128,278) | (4,128,278) |
| | Office of the US Trustee | - | (13,000) | (13,000) |
| | **Subtotal Disbursements** | **-** | **(6,141,278)** | **(6,141,278)** |
| **Net Change in Cash** | | | | **(643,642)** |

NOTES:

A - The Debtors individually may be referred to herein as the following: UniTek Global Services, Inc. ("UniTek"); UniTek Holdings, Inc. ("Holdings"); UniTek Midco, Inc. ("Midco"); UniTek Acquisitions, Inc. ("Acquisitions"); Nex-link USA Communications, Inc. ("Nex-link"); UniTek USA, LLC ("UniTek USA"); Pinnacle Wireless USA, Inc. ("Pinnacle"); DirectSAT USA, LLC ("DirectSAT"); FTS USA, LLC ("FTS"); and Advanced Communications USA, Inc. ("Advanced"). In addition, Pinnacle, DirectSAT, and FTS may be referred to herein as the "Operating Entities".

B - Holdings, Midco, Acquisitions, and Nex-link are non-operating entities and do not maintain bank accounts. As such, for any given calendaryear quarter, the aforementioned Debtors will have $0.00 in disbursements.